**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TELA BIO, INC.** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-7189** |
| | : | |
| **BECTON, DICKINSON & COMPANY** | : | |

# SCHEDULING ORDER

**AND NOW**, this 28th day of July, 2026, following a Rule 16 conference, the following is hereby **ORDERED**:

1. Plaintiff shall update their initial disclosures to properly provide a computation of damages in accordance with Fed. R. Civ. P. 26(a)(1)(A)(iii) no later than **August 11, 2026**.

2. Deadline to identify potential custodians is **August 14, 2026**.

3. Deadline to agree to search protocols is **September 1, 2026**.

4. A Status Conference will be held on **September 4, 2026** at **9:30 a.m.** via **ZOOM**.

   No later than the close of business on September 2, 2026, counsel shall submit to Chambers, via email, a list of any issues on which they seek guidance from the Court.

   The ZOOM information is as follows:

   Join ZoomGov Meeting
   https://www.zoomgov.com/j/1614888855?pwd=Jwi4XcAsQDn8y30d9RxWLBDRp8Sm1a.1

   Meeting ID: 161 488 8855
   Passcode: 887973

5. Deadline for substantial completion of party document production is **February 15, 2027**. Regardless of this deadline, the court expects the usual good-faith efforts to engage in orderly and proportional production of discovery.

6. All fact discovery shall be completed no later than **June 15, 2027**.[1]

7. Affirmative expert reports shall be served no later than **August 2, 2027**.

8. Responsive expert reports, if any, shall be served no later than **September 13, 2027.**

---

[1] Good cause was shown for the parties expanding the discovery limits provided by the Federal Rules. Each party is permitted to conduct 24 separate depositions inclusive of party and third-party depositions.

9. Reply expert reports, if any, shall be served no later than **September 30, 2027**.

10. Expert depositions, if any, shall be concluded no later than **November 1, 2027**.

11. Motions for summary judgment and *Daubert* motions shall be filed no later than **December 10, 2027**.

12. Responses to motions for summary judgment and *Daubert* Motions shall be filed no later than **January 14, 2028.**[2]

13. As needed, a Pretrial Conference will be scheduled after rulings on dispositive motions.

**BY THE COURT:**

**GAIL A. WEILHEIMER, J.**

---

[2] Reply briefs are not permitted without leave of court.