**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TELA BIO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BECTON, DICKINSON AND COMPANY, C.R. BARD, INC., and DAVOL, INC.,<br><br>Defendants. | Civil Action No.: 2:25-cv-07189-GAW |

**DECLARATION OF SUSAN A. MUSSER IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL PRODUCTION IN RESPONSE TO REQUEST FOR PRODUCTION NO. 46**

I, Susan A. Musser, hereby state and declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel for Defendants ("BD") in this action. I am an attorney at law duly licensed to practice in the District of Columbia and the State of Missouri, and I am admitted *pro hac vice* to appear before this Court.

2. I submit this declaration in support of BD's Motion to Compel Production in Response to Request for Production ("RFP") No. 46. I am familiar with the facts set forth herein.

3. Attached as **Exhibit A** is a true and correct copy of the protective order entered in *LifeCell Corp. v. Tela Bio, Inc.*, No. SOM-C-12013-15 (N.J. Super. Mar. 25, 2015).

4. Attached as **Exhibit B** is a true and correct copy of Defendants' First Set of Requests for Production of Documents to Plaintiff TELA Bio, Inc., dated June 22, 2026.

5. Attached as **Exhibit C** is a true and correct copy of TB's Letter to BD regarding RFP No. 46, dated September 14, 2026.

6. Attached as **Exhibit D** is a true and correct copy of BD's Letter to TB regarding RFP No. 46, dated September 21, 2026.

7. Attached as **Exhibit E** is a true and correct copy of TB's Letter to BD regarding RFP No. 46, dated October 5, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on November 4, 2026, in Washington, DC.

/s/ *Susan A. Musser*