**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TELA BIO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BECTON, DICKINSON AND COMPANY, C.R. BARD, INC., and DAVOL, INC.,<br><br>Defendants. | Civil Action No.: 2:25-cv-07189-GAW |

**MEET AND CONFER CERTIFICATION**

Pursuant to Section III of the Court's Guidelines, I certify that the parties have discussed the dispute over BD's RFP No. 46 by video conference on August 11, 2026; September 1, 2026; September 3, 2026; and October 23, 2026. The parties discussed their positions as to the relevance of the requested materials, TELA Bio's objections, and potential compromises. As this dispute was unable to be resolved through substantive verbal communications, and pursuant to the Court's order at the October 28, 2026 status conference, the attached Motion is being filed.

Dated: November 4, 2026

Respectfully submitted,

*/s/ David Z. Gringer*
David Z. Gringer (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
David.Gringer@wilmerhale.com

Mark Ford (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Mark.Ford@wilmerhale.com

Susan Musser (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Susan.Musser@wilmerhale.com

Joseph E. Wolfson (Pennsylvania Bar No. 44431)
STEVENS & LEE
1500 Market Street
East Tower, Suite 1800
Philadelphia, PA 19102
Telephone: (215) 751-1249
Joseph.Wolfson@stevenslee.com

*Attorneys for Defendants Becton, Dickinson and Company et al.*