**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TELA BIO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BECTON, DICKINSON AND COMPANY, C.R. BARD, INC., and DAVOL, INC.,<br><br>Defendants. | Civil Action No.: 2:25-cv-07189-GAW |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PRODUCTION IN RESPONSE TO REQUEST FOR PRODUCTION NO. 46**

Upon consideration of Defendants' Motion to Compel Production in Response to Request for Production No. 46 (the "Motion"), and the Court having reviewed the Motion as well as any response,

It is hereby **ORDERED** that the Motion is **GRANTED**. TELA Bio shall, within 21 days, (1) produce the materials responsive to Defendants' Request for Production No. 46, as subsequently narrowed by Defendants, that LifeCell did not designate as confidential; (2) log the remaining responsive materials; and (3) cooperate in seeking LifeCell's consent to disclosure and, if LifeCell objects, applying to the Superior Court of New Jersey for a modification of the *LifeCell* protective order, for production of the remaining responsive materials, subject to this Court's protective order.

Dated: ______________________, ________

______________________________
The Honorable Gail A. Weilheimer
United States District Judge