UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TELA BIO, INC.,<br>Plaintiff,<br>v.<br>BECTON, DICKINSON AND COMPANY, C.R. BARD, INC., and DAVOL, INC.,<br>Defendants. | Civil Action No. 2:25-cv-07189-GAW<br>Hon. Gail A. Weilheimer |

# DECLARATION OF ANTONY KOBLISH IN SUPPORT OF PLAINTIFF TELA BIO, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL PRODUCTION IN RESPONSE TO REQUEST FOR PRODUCTION NO. 46

I, Antony Koblish, declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this declaration. The evidence set out in this declaration is based on my personal knowledge.

2. I co-founded Plaintiff TELA Bio, Inc. and submit this declaration in support of TELA Bio's brief in opposition to Defendants' Motion to Compel Production in Response to Request for Production No. 46.

3. I was at TELA Bio during the *LifeCell* litigation described in the opposition brief, serving as TELA Bio's Chief Executive Officer until I departed the company earlier this year.

4. Defendants' motion states (at 2 n.2): "The *LifeCell* opinion referred to TB's product as 'TELAMax,' which, based on BD's investigation, appears to refer to the product TB ultimately marketed and commercialized as OviTex."

5. But in fact, TELAMax and OviTex are different products.

6. OviTex was developed after the state court's preliminary injunction order in *LifeCell*, which addressed TELAMax. *See LifeCell Corp. v. Tela Bio, Inc.*, 2015 WL 4082323, at *1 (N.J. Super. Ch. May 12, 2015).

7. Though both products are made (or were made, in the case of TELAMax) with ovine rumen, OviTex is decellularized, treated, sterilized, packaged, and hydrated differently.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 9, 2026 in Malvern, Pennsylvania.

Antony Koblish