**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TELA BIO, INC., *Plaintiff,* v. BECTON, DICKINSON AND COMPANY, C.R. BARD, INC., and DAVOL, INC., *Defendants.* | : | CIVIL ACTION No. 2:25-cv-07189-GAW |

**ORDER**

**AND NOW**, this 23rd day of November, 2026, upon consideration of Defendants Becton, Dickinson and Company, C.R. Bard, Inc., and Davol, Inc.'s Motion to Compel (Dkt. No. 60) and Plaintiff Tela Bio, Inc.'s response thereto (Dkt. No. 61), it is hereby **ORDERED** that, no later than **November 30, 2026**, Tela Bio, Inc. shall provide Chambers, via email or regular mail, a complete, unredacted copy of Judge Edward M. Coleman's May 12, 2015, Memorandum Decision in *LifeCell Corp. v. Tela Bio, Inc.* The document shall be submitted directly to Chambers and shall not be filed on the docket.

Upon receipt, the Court will conduct an in camera review of the Memorandum Decision and consider it in resolving the pending Motion to Compel (Dkt. No. 60).

BY THE COURT:

GAIL A. WEILHEIMER, J.